UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT W. WILLIAMS,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY UTTECHT,<br><br>　　　　　　　Respondent. | CASE NO. C12-5538 BHS-JRC<br><br>ORDER ADOPTING A REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) This petition is denied for the reasons stated in the Report and Recommendation. The Court finds that all grounds for relief are procedurally barred; and

(3) No certificate of appealability will be issued as to any issue.

DATED this 3rd day of January, 2013.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION