UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT W. WILLIAMS,

          Petitioner,

    v.

JEFFREY UTTECHT,

          Respondent.

CASE NO. C12-5538 BHS-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     This petition is denied for the reasons stated in the Report and Recommendation. The Court finds that all grounds for relief are procedurally barred; and

(3)     No certificate of appealability will be issued as to any issue.

DATED this 3rd day of January, 2013.

                    BENJAMIN H. SETTLE
                    United States District Judge